James **INNES**, Petitioner,

v.

Stephen **DALSHEIM**, Superintendent, **Downstate Correctional Facility, Robert Abrams, Attorney General of the State of New York, and John Santucci, District Attorney, Queens County, Respondents.**

No. 87 C 2064.

United States District Court,
E.D. New York.

Feb. 3, 1989.

Jonathan Silbermann, New York City, for petitioner.

John J. Santucci, Dist. Atty., Queens County (Michael O'Brien, Asst. Dist. Atty.,

**246**

of counsel), Kew Gardens, N.Y., for respondents.

## MEMORANDUM AND ORDER

NICKERSON, District Judge.

The Court of Appeals for the Second Circuit, in its opinion filed December 29, 1988 reversing the judgment of this court and remanding the case, directs the court to grant petitioner's application for a writ of habeas corpus.

The writ is granted unless within sixty days the prosecutor permits petitioner to withdraw his plea of guilty and either to stand for trial or to commence further plea negotiations with the state.

So ordered.